UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

RICARDO FLORES-GARCIA (1),

           Defendant.

CASE NO. 08CR2096

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__XX__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

_____ of the offense(s) of:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08CR2096-L

_____
M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____